IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JAMES YATES,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANCONNECT, LLC,<br><br>  Defendant. | Civil Action No. 1:25-cv-540 |

**PLAINTIFF'S MOTION TO STRIKE AND TO COMPEL DEFENDANT TO FILE A RULE 26(A)(3) COMPLIANT TRIAL EXHIBIT LIST AND TO FILE A STATEMENT OF UNDISPUTED FACTS WITHIN ITS MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT THAT COMPLIES WITH LOCAL RULE 56(B)**

  **COMES NOW** Plaintiff James Yates ("Yates"), by undersigned counsel, pursuant to Fed. R. Civ. P. 12(f) and 26(a)(3), 56(c), and E.D. Va. Civ. R. 56(B), hereby submits this Motion to Strike and to Compel Defendant to file an amended trial exhibit list that complies with Fed. R. Civ. P. 26(a)(3), identifies which exhibits Defendant actually intends to introduce at trial, and provide the full bates ranges for the documents in the exhibit list, as well as the exhibit numbers; and a file a Statement of Undisputed Facts within its Memorandum in Support of its Motion for Summary Judgment that complies with EDVA Local Rule 56(B), listing the facts in numbered paragraphs, so that Plaintiff's counsel can readily identify which individually identified numbered fact she is responding to in her opposition brief.

  In support of this Motion, Plaintiff respectfully refers the Court to the accompanying Memorandum.

  WHEREFORE, Plaintiff requests the Court grant this instant Motion.

Dated: January 8, 2026                    Respectfully Submitted,

2

**JAMES YATES**

By Counsel:

*/s/ Monique A. Miles*
Monique A. Miles, Esq.
Va Bar No. 78828
Old Towne Associates, P.C.
201 N. Union Street, Ste. 110
Alexandria, VA 22314
Phone: 703-519-6810
mmiles@oldtowneassociates.com
http://oldtowneassociates.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, a true and correct copy of the foregoing has been provided by electronic notification through the CM/ECF System, which will send notice to the following counsel of record:

>Heather M. Lambert (VSB No. 79175)
>NELSON MULLINS RILEY & SCARBOROUGH
>1021 E. Byrd Street, Suite 2120
>Richmond, VA 23219
>Heather.Lambert@nelsonmullins.com
>Tel.: 804.533.3868
>Fax.: 804. 616.4129
>
>Kraig B. Long (*pro hac vice*)
>Sarah Jayne Steinberg (*pro hac vice*)
>NELSON MULLINS RILEY & SCARBOROUGH
>100 S. Charles Street, Suite 1600
>Baltimore, MD 21201
>Kraig.Long@nelsonmullins.com
>sarah.steinberg@nelsonmullins.com
>Tel.: 443.392.9499
>
>*Counsel for Defendant*

/s/ Monique A. Miles