## *** CIVIL MOTION MINUTES ***

Date: 2/27/2026   Before the Honorable: **LEONIE M. BRINKEMA**

Time: 10:16 – 10:29   (00:13)   Case No.: **1:25-cv-00540-LMB-LRV**

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Y. Guyton

---

# YATES

V.

# FRANCONNECT, LLC

---

Appearances of Counsel for:

[ X ]  Plaintiff:  Monique Miles
[ X ]  Defendant:  Heather Fields, Kraig Long

**Re:**   [ 26 ]   MOTION for Summary Judgment

Argued and:

[ X ]  Granted  [  ]   Denied   [  ]  Granted in part/Denied in part

[  ]  Taken Under Advisement   [  ]   Continued to

[  ]   Report and Recommendation to Follow

[ X ]  Order to Follow

- Court advised of settlement efforts