IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES YATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:25-cv-540 (LMB/LRV) |
| | ) |
| FRANCONNECT, LLC, | ) |
| | ) |
| Defendant. | ) |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendant's Motion for Summary Judgment, [Dkt. No. 26], be and is GRANTED.

The Clerk is directed to enter judgment in defendant's favor pursuant to Federal Rule of Civil Procedure 58, forward a copy of this Order to counsel of record, and close this civil action.

Entered this 27th day of February, 2026.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge