## *** CIVIL MOTION MINUTES ***

Date: 4/10/2026                                Before the Honorable: **LEONIE M. BRINKEMA**

Time: 10:02 – 10:21 (00:19)                    Case No.: **1:25-cv-00540-LMB-LRV**

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Katie Galluzzo

# YATES

# V.

# FRANCONNECT, LLC

Appearances of Counsel for:

[ X ]  Plaintiff:  Monique Miles
[ X ]  Defendant: Kraig Long, Sarah Steinberg, Heather Fields

**Re:**    [ 93 ]   MOTION for Attorney Fees – **GRANTED IN PART AND DENIED IN PART**
       [ 100 ]  MOTION to Stay Pending Appeal - **GRANTED IN PART AND DENIED IN PART**
       [ 108 ]  MOTION to Seal - **DENIED**

Argued and:

[ X ]   The Motion to Stay is granted for 10 days to allow plaintiff to post a bond

[ X ]   Order to Follow