**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

JAMES YATES,

    Plaintiff,

      v.                                                Civil Action No. 1:25-cv-540

FRANCONNECT, LLC,

    Defendant.

**PLAINTIFF'S MOTION TO EXTEND THE MOTION TO STAY TO PROVIDE
ADDITIONAL TIME TO POST A SUPERSEDEAS BOND WITH THE COURT**

**COMES NOW** Plaintiff James Yates ("Yates"), by and through undersigned counsel, and with the consent of Defendant FranConnect, LLC's ("FranConnect") counsel, seeks an extension of time of fourteen (14) days on the Motion to Stay that was granted by the court on April 10, 2026 (ECF No. 118), to give him additional time for him to secure the supersedeas bond, and in support thereof, states as follows:

1.    The Docket Text for ECF No. 118 states, "Docket Text: Minute Entry for proceedings held before District Judge Leonie M. Brinkema: Motion Hearing held on 4/10/2026. Appearance of counsel. Argument heard. Comments of the Court; [93] MOTION for Attorney Fees - GRANTED IN PART AND DENIED IN PART; [100] MOTION to Stay Pending Appeal - GRANTED IN PART AND DENIED IN PART; [108] MOTION to Seal - DENIED. **The Motion to Stay is granted for 10 days to allow plaintiff to post a bond. Order to follow**. (Court Reporter S. Austin)(kgall)" (emphasis added).

2.    The 10 day deadline to post bond is currently April 20th.

3.      Plaintiff contacted his bank shortly after the April 10th hearing to start the process of obtaining the bond and was told that it could potentially take the bank longer to process his request.

4.      Out of an abundance of caution, Plaintiff files this instant motion for extension to ensure that he has adequate time to secure the supersedeas bond to post with the court.

5.      Plaintiff's counsel contacted Defendant's counsel on April 16th to see if he would consent to or at least agree not to oppose this instant motion. Defendant's counsel did not respond.

6.      Plaintiff does not believe this extension will prejudice either party.

WHEREFORE, Plaintiff respectfully requests that this Court extend the Motion to Stay that was granted by the court on April 10, 2026 (ECF No. 118) by an additional fourteen (14) days to give him sufficient time for his bank to process the bond, making the new deadline on or before May 4, 2026.

Dated:  April 16, 2026

Respectfully submitted,

**JAMES YATES**

By Counsel:

*/s/ Monique A. Miles*
Monique A. Miles, Esq.
Va Bar No. 78828
Old Towne Associates, P.C.
201 N. Union Street, Ste. 110
Alexandria, VA 22314
Phone: 703-519-6810
mmiles@oldtowneassociates.com
http://oldtowneassociates.com

*Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send a notification to counsel of record to:

Heather M. Lambert (VSB No. 79175)
NELSON MULLINS RILEY & SCARBOROUGH
1021 E. Byrd Street, Suite 2120
Richmond, VA 23219
Heather.Lambert@nelsonmullins.com
Tel.: 804.533.3868
Fax.: 804. 616.4129

Kraig B. Long (*pro hac vice*)
Sarah Jayne Steinberg (*pro hac vice*)
NELSON MULLINS RILEY & SCARBOROUGH
100 S. Charles Street, Suite 1600
Baltimore, MD 21201
Kraig.Long@nelsonmullins.com
sarah.steinberg@nelsonmullins.com
Tel.: 443.392.9499

*Counsel for Defendant*

*/s/ Monique A. Miles*

3