## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

|  |  |
|---|---|
| JAMES YATES,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCONNECT, LLC,<br><br>    Defendant. | Civil Action No. 1:25-cv-540 |

## ORDER

This matter came before this Honorable Court on Plaintiff's Motion to Extend the Motion to Stay to Provide Additional Time to Post a Supersedeas Bond with the Court. Upon consideration of the motion; it is hereby;

ORDERED that Plaintiff's Motion to Extend the Motion to Stay to Provide Additional Time to Post a Supersedeas Bond with the Court is GRANTED, and Plaintiff has until May 4, 2026 to post his supersedeas bond with the Court.

SO ORDERED this 17 day of April , 2026.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, VA