**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

|  |  |
|---|---|
| JAMES YATES,<br><br>        Plaintiff,<br><br>        v.<br><br>FRANCONNECT, LLC,<br><br>        Defendant. | Civil Action No. 1:25-cv-540 |

**PLAINTIFF'S MOTION TO EXTEND THE MOTION TO STAY TO PROVIDE
ADDITIONAL TIME TO POST A SUPERSEDEAS BOND WITH THE COURT**

**COMES NOW** Plaintiff James Yates ("Yates"), by and through undersigned counsel, and with the consent of Defendant FranConnect, LLC's ("FranConnect") counsel, seeks an extension of time of fourteen (14) days on the Motion to Stay that was granted by the court on April 10, 2026 (ECF No. 118), to give him additional time for him to secure the supersedeas bond, and in support thereof, states as follows:

1.     The Docket Text for ECF No. 118 states, "Docket Text: Minute Entry for proceedings held before District Judge Leonie M. Brinkema: Motion Hearing held on 4/10/2026. Appearance of counsel. Argument heard. Comments of the Court; [93] MOTION for Attorney Fees - GRANTED IN PART AND DENIED IN PART; [100] MOTION to Stay Pending Appeal - GRANTED IN PART AND DENIED IN PART; [108] MOTION to Seal - DENIED. **The Motion to Stay is granted for 10 days to allow plaintiff to post a bond. Order to follow**. (Court Reporter S. Austin)(kgall)" (emphasis added).

2.     The 10 day deadline to post bond was April 20th.

3.       Plaintiff has been in touch with his bank for the last few weeks, and was told on April 14th that the Letter of Credit that he needs to obtain the supersedeas bond would take 5-10 business days to process, which was why he filed his first extension request based on that representation. See **Exhibit 1** (Declaration of Yates).

4.       Out of an abundance of caution, on April 16, 2026, Plaintiff filed a motion for extension to ensure that he had adequate time to secure the Letter of Credit that was needed for him to post the supersedeas bond with the court. (ECF No. 121), which this Court granted on April 17, 2026 (ECF No. 122). Id.

5.       Only today, for the first time, he learned from his banker that the bank would need an additional three weeks to process the Letter of Credit despite being informed of Yates' May 4th court deadline to post his supersedeas bond. See Id.

6.       Plaintiff requested that his matter be escalated to a manager at his bank, and the manager informed him that the bank had approved the Letter of Credit and would try and rush the Letter of Credit process to get him the document by next week.  Out of an abundance of caution, Plaintiff files this motion for another brief extension, based on that representation to ensure that he has adequate time to secure the Letter of Credit that is needed for him to post the supersedeas bond with the court.

7.       Plaintiff's counsel contacted Defendant's counsel on May 1st to see if he would consent to or at least agree not to oppose an additional extension. Defendant's counsel stated that he would not.

8.       Plaintiff does not believe this extension will prejudice either party.

WHEREFORE, Plaintiff respectfully requests that this Court extend the Motion to Stay that was granted by this Court on April 17, 2026 (ECF No. 122) be extended by fourteen (14) days

to give him sufficient time for his bank to process the Letter of Credit that he needs to obtain the supersedeas bond, making the new deadline on or before May 18, 2026.

Dated:  May 1, 2026                                   Respectfully submitted,

                                                      **JAMES YATES**

                                                      By Counsel:

                                                      _/s/ Monique A. Miles_
                                                      Monique A. Miles, Esq.
                                                      Va Bar No. 78828
                                                      Old Towne Associates, P.C.
                                                      201 N. Union Street, Ste. 110
                                                      Alexandria, VA 22314
                                                      Phone: 703-519-6810
                                                      mmiles@oldtowneassociates.com
                                                      http://oldtowneassociates.com

                                                      _Counsel for Plaintiff_

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which will send a notification to counsel of record to:

Heather M. Lambert (VSB No. 79175)
NELSON MULLINS RILEY & SCARBOROUGH
1021 E. Byrd Street, Suite 2120
Richmond, VA 23219
Heather.Lambert@nelsonmullins.com
Tel.: 804.533.3868
Fax.: 804. 616.4129

Kraig B. Long (*pro hac vice*)
Sarah Jayne Steinberg (*pro hac vice*)
NELSON MULLINS RILEY & SCARBOROUGH
100 S. Charles Street, Suite 1600
Baltimore, MD 21201
Kraig.Long@nelsonmullins.com
sarah.steinberg@nelsonmullins.com
Tel.: 443.392.9499

*Counsel for Defendant*

*/s/ Monique A. Miles*

4