IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JAMES YATES,                                    )
                                                )
            Plaintiff,                          )
                                                )
      v.                                        )      1:25-cv-540 (LMB/LRV)
                                                )
FRANCONNECT, LLC,                               )
                                                )
            Defendant.                          )

ORDER

For the reasons stated in open court, defendant's Motion to Award Attorneys' Fees and

Related Expenses Pursuant to FRCP 54(d) and Title VII, [Dkt. No. 93], is GRANTED IN PART

and DENIED IN PART; plaintiff's Motion to Deny Award of Fees and Costs and to Stay Award

Pending Appeal, [Dkt. No. 104], is GRANTED IN PART and DENIED IN PART; and

defendant's Motion to Strike Plaintiff's Reply in Support of Motion to Deny Award of Fees and

Costs, [Dkt. No. 114], is DENIED as moot. Accordingly, it is hereby

ORDERED that, although defendant's Motion to Award Attorneys' Fees and Related

Expenses Pursuant to FRCP 54(d) and Title VII has been denied as to the request for attorney's

fees, if defendant prevails on appeal, this Court will award defendant the reasonable attorney's

fees and costs associated with that appeal as long as defendant timely submits the time sheets and

receipts supporting the fees and costs; and it is further

ORDERED that defendant is awarded $10,404.00 for the transcript expenses sought

which were reasonably needed for this litigation. Execution of this award has been stayed

pending appeal, and plaintiff has been required to post a bond by May 18, 2026, see [Dkt. No.

127], which will be placed in an interest-bearing account. If a bond is not posted, defendant will

be free to begin collecting the award; and it is further

ORDERED that should plaintiff's counsel, Monique A. Miles, continue to file grossly inaccurate pleadings, submit false declarations, or fail to educate herself about how to practice in this division of the Eastern District of Virginia, the Court will recommend that she be barred from practicing in the Eastern District of Virginia.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 12th day of May, 2026.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge